Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Nypl et al.

Plaintiff(s),

v.

JPMorgan Chase & Co. et al.

Defendant(s).

Case No: 3:15-cv-02290-VC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Boris Bershteyn, an active member in good standing of the bar of the Southern District of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (erroneously named as J.P. Morgan Bank, N.A.) in the above-entitled action. My local co-counsel in this case is Douglas A. Smith (Bar No. 290598), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>New York, New York 10036 | Skadden, Arps, Slate, Meagher & Flom LLP<br>300 South Grand Avenue<br>Los Angeles, California 90071 |
| MY TELEPHONE # OF RECORD:<br>(212) 735-3000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 687-5000 |
| MY EMAIL ADDRESS OF RECORD:<br>boris.bershteyn@skadden.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>douglas.smith@skadden.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: BB9083.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/04/15

/s/ Boris Bershteyn
APPLICANT

=====

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Boris Bershteyn is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 18, 2015

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                                    October 2012

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, Ruby J. Krajick, Clerk of this Court, certify that

**BORIS BERSHTEYN**, Bar # **BB9083**

was duly admitted to practice in this Court on

**JANUARY 30th, 2006**, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at New York, New York    on    **AUGUST 20th 2015**

Ruby J. Krajick
Clerk

by Wayne Bowme
Deputy Clerk